NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT



JONAS TRAMELL GRIFFIN,                    )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D15-5190
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____)

Opinion filed February 2, 2018.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Michael J. P. Baker, Cape Coral, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.